**PROJECT UNSEAL**

Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, TN 37902

Dated: 6/23/2024

In Re: 3:02-CR-00010 – USA v. LeQuire

To whom it may concern,

I am a recent law school graduate, and I am interested in reviewing the indictment of cases that have had compassionate release motions filed. During my review of these dockets, I have discovered that this case's indictment remains sealed despite several years having passed since indictment and a conviction being entered.

I request that this court unseal the various documents in this case and make these records available for public review via Pacer.

Requested documents listed at the following entries:
9 – Indictment (dated Jan. 24, 2002)
38 – Superseding Indictment (dated May. 8, 2002)

Best,

*[signature]*

Andrew Green, J.D.
1515 Dekalb Street, Unit 109
Norristown, PA 19401
projectunseal@gmail.com

FILED
JUL 02 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Andrew Green
1515 Dekalb St, Unit 109
Norristown, PA 19401

Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, TN 37902

PHILADELPHIA PA 190
24 JUN 2024 PM 5 L

RECEIVED
JUL 02 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

37902-230030