UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

TO: **Andrew Green**

RE: **USA v LeQuire 3:02-CR-10 [R. 132]**

## Copy Request Notice

The Clerk's Office is unable to process your copy request for the following reason(s):

____ **Request for Copies of Case Documents & Docket Sheets**
The fee for copies made by the Clerk's Office is 50 cents per page. This fee includes copies of docket sheets. *In forma pauperis* allows your case to proceed without payment of the court's filing fee. However, the right to proceed *in forma pauperis* does not include the right to obtain copies of documents in the record free of charge. Your request for copies of documents is noted on the record, and consists of _____ pages. The pleadings and/or docket sheet(s) will be mailed to you upon receipt of a cashiers check or money order made payable to the United States District Court Clerk in the amount of $_____.

____ **Request for Copies of Transcripts**
The transcript that you are requesting is not publicly available. You must contact the Court Reporter directly to make arrangements to purchase a copy. The Court Reporter's contact information is:


____ **Request for Copies of Presentence Investigation Reports (PSR)**
All copy requests must be directed to the U.S. Probation Office.

    Chattanooga: P.O. Box 430 Chattanooga, TN 37401-0430
    Knoxville: 800 Market Street, Suite 311 Knoxville, TN 37902
    Greeneville: 220 West Depot Street Greeneville, TN 37743

____ **Request for Copies of Sealed Documents**
The Clerk's Office cannot provide copies of sealed documents without a court order.

____ **Request for Copies of Federal Rules of Civil and Criminal Procedure or Case Law**
The Clerk's Office does not provide these documents.

____ **Request for Copies of the Local Rules**
The Court's Local Rules are available on our web site. (http://www.tned.uscourts.gov/localrules.php) If you wish to purchase a paper copy of the rules, it will be mailed to you upon receipt of a cashiers check or money order made payable to the United States District Court Clerk in the amount of $55.00 (110 pages at $0.50)

✓ **Other**

Your request to unseal documents 9 and 38 is not necessary. Documents filed prior to May 2004 are not electronically available and this file is in the process of being transferred to the Federal Record Center, however, docs 9 and 38 have been pulled and are now available on PACER. All other request for documents will need to be directed to the Federal Record Center.